UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STANLEY BRUMFIELD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-3522** |
| **STATE OF LOUISIANA** | **SECTION "I"(2)** |

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Stanley Brumfield, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Stanley Brumfield for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 14th day of February, 2024.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE